CATHERINE E. AROSTEGUI, SBN 118756
BEESON, TAYER & BODINE, APC
520 Capitol Mall, Suite 300
Sacramento, CA 95814-4714
Telephone: (916) 325-2100
Facsimile: (916) 325-2120
Email: carostegui@beesontayer.com

Attorneys for Plaintiff Trustees on Behalf of the
Bay Area Automotive Group Welfare Fund

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| | |
|---|---|
| TRUSTEES ON BEHALF OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SUNNYVALE AUTO BODY, INC.,<br><br>Defendant. | Case No. CV 12-02899 EDL<br><br>[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES<br>AS AMENDED |

Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in support thereof, the Court finds good cause exists to continue the Case Management Conference and corresponding dates as follows:

1. The Case Management Conference will be continued from September 11, 2012 at 10:00 a.m. in Courtroom E of the San Francisco Courthouse until October 30, 2012 at 10:00 a.m. in Courtroom E of the San Francisco Courthouse.

2. The Rule 26(f) Report, Initial Disclosures and Case Management Conference Statement filing deadline will be continued from September 4, 2012 to October 23, 2012.

///

///

///

1 **IT IS SO ORDERED.**

2

3 Dated: August 10, 2012       By: *Elizabeth D. Laporte*
                                   THE HONORABLE ELIZABETH D. LAPORTE,
4                                  United States District Court Judge