```
1  CATHERINE E. AROSTEGUI, SBN 118756
   BEESON, TAYER & BODINE, APC
2  520 Capitol Mall, Suite 300
   Sacramento, CA 95814-4714
3  Telephone:  (916) 325-2100
   Facsimile:  (916) 325-2120
4  Email:      carostegui@beesontayer.com

5  Attorneys for Plaintiff Trustees on Behalf of the
   Bay Area Automotive Group Welfare Fund
6
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| TRUSTEES ON BEHALF OF THE BAY AREA AUTOMOTIVE GROUP WELFARE FUND, | Case No. CV 12-02899 EDL |
|---|---|
| Plaintiff, | [PROPOSED] ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE DATE AND RELATED DEADLINES |
| v. | |
| SUNNYVALE AUTO BODY, INC., | AS AMENDED |
| Defendant. | |

Having considered Plaintiff's Ex Parte Motion and Declaration of Catherine E. Arostegui in support thereof, the Court finds good cause exists to continue the Case Management Conference and corresponding dates as follows:

1. The Case Management Conference will be continued from September 11, 2012 at 10:00 a.m. in Courtroom E of the San Francisco Courthouse until October 30, 2012 at 10:00 a.m. in Courtroom E of the San Francisco Courthouse.

2. The Rule 26(f) Report, Initial Disclosures and Case Management Conference Statement filing deadline will be continued from September 4, 2012 to October 23, 2012.

///

///

///

1  **IT IS SO ORDERED.**

2

3  Dated: August 10, 2012            By: _[signature] Elizabeth D. Laporte_
                                          THE HONORABLE ELIZABETH D. LAPORTE,
4                                          United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28